IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JAMES M. MARTIN,               *

          Petitioner           *

vs.                            *
                                    CASE NO. 4:06-CV-140 (CDL)
DANNIE THOMPSON, Warden        *

          Respondent           *

_____*

ORDER ON REPORT AND RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report
and Recommendation filed by the United States Magistrate Judge on
July 10, 2007, is hereby approved, adopted, and made the Order of the
Court.

IT IS SO ORDERED, this 24th day of August, 2007.

                                   S/Clay D. Land
                                   CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE